Michael Amaral #04580-070
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

May 5, 2006

Honorable Ernest C. Torres
United States District Court
District of Rhode Island
Providence, RI 02930-1720
RE: CR 98-48-T, CR 02-56-T
Response to Magistrate's Recommendation

Honorable Judge Torres:

Please let this letter serve as a "Response to Magistrate's Recommendation" in the above captioned cases. The petitioner is in agreement with the government's position that $5,993.28 should be stayed while the petitioner is incarcerated. (Mag.Rec. p.3) This was the discrepancy which caused the petitioner to file the initial letter/motion, as the Bureau of Prisons was seeking to collect this fine in violation of this Court's order.

As to the remaining $700. fine, the petitioners recollection was incorrect which the record submitted clarified. (Mag.Rec.Ex.C) The petitioner was without benefit of the record when he filed his initial letter/motion and was relying on recollection. The petitioner was not attempting to circumvent his obligation of the fine. Accordingly, the petitioner will pay the $700. fine via the Bureau of Prisons IFRP program and resume payment of the $5,993.28 upon release, if this Honorable Court so ORDERS.

Thank you for your kindness and consideration in this matter.

Yours Truly,

Michael Amaral

Michael Amaral #04580-070

cc: AUSA Iannotti