Michael Amaral #04580-070
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

RECEIVED
JUN 07 2006
Property of U.S. District Court
District of Rhode Island

May 31, 2006

Honorable Ernest C. Torres
United States District Court
District of Rhode Island
Providence, RI 02903-1779
RE: Response To Magistrate Recommendation
Case No. CR 98-48 T, CR 02-56 T

Honorable Judge Torres:

Please let this letter serve in lieu of a motion to respond to the Magistrate's recommendation in the above captioned matter.

This action commenced due to what I felt was an improper implementation of the ORDER of this Court in regards to the collection of monies while I was incarcerated. Unfortunately, I was litigating from recollection and without the benefit of the record. However, my primary complaint regarding the collection of a fine and interest while I am incarcerated, was correct as admitted by the government in it's response. In terms of the imposition of the other matters, the record speaks for itself of your ruling!! The purpose of this response is to object to my motion being denied in it's entirety. I was somewhat confused by the Magistrate's recommendation because he stated the government agreed with my position, however, recommended the stay enforcement be denied. (Mag.Rec. p.5) I was also confused by his recommendation that the $1,400. was in addition to the $5,993.28 as opposed to being part of that total. Please look into that portion of the judgment prior to making your ruling.

I respectfully request that the collection of the funds ordered by this court in the above captioned judgments, remain as the court ordered. This court specifically stated I was not to pay the fine until I was on Supervised Release. I would like this Court to enforce that order and prohibit the government to collect money and add interest towards that fine while I am incarcerated.

Yours Truly,

Michael Amaral

Micheal Amaral, pro se

cc: AUSA, Iannotti